# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br>vs.<br><br>SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC,<br><br>Defendants. | 16-cv-61079-DPG |

## SUMMONS IN A CIVIL ACTION

To:
SALDIVENA OF BROWARD CORPORATION
c/o Registered Agent, Federico Yanez
5236 SW 82 Ave
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

5/20/2016

Steven M. Larimore
Clerk of Court

SUMMONS

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br> vs. <br><br> SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC, <br><br> Defendants. | 16-cv-61079-DPG |

**SUMMONS IN A CIVIL ACTION**

To:
FEDERICO YANEZ
5236 SW 82 Ave
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

5/20/2016

Steven M. Larimore
Clerk of Court

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

16-cv-61079-DPG

| | |
|---|---|
| JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b), <br><br> Plaintiffs, <br> vs. <br><br> SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To:
VILLEDA CONCRETE FINISH, INC
c/o Registered Agent, Misael Villeda
11548 NW 44th Street
Coral Springs, FL 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

5/20/2016

Steven M. Larimore
Clerk of Court

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts