# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

| | |
|---|---|
| JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b),<br><br>Plaintiffs,<br><br>vs.<br><br>SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC,<br><br>Defendants. | 16-cv-61079-DPG |

SERVED
DATE 5/26/16
TIME 8:30 am
BY CER# 47

**SUMMONS IN A CIVIL ACTION**

To:
FEDERICO YANEZ
5236 SW 82 Ave
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

5/20/2016

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-61079

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Fabricio Yanez
was received by me on *(date)* 5/20/16.

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Val ________, a person of suitable age and discretion who resides there, on *(date)* 5/26/16, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ________, who is designated by law to accept service of process on behalf of *(name of organization)* ________ on *(date)* ________ ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00.

I declare under penalty of perjury that this information is true.

Date: 5/26/16

________
*Server's signature*

Perry Parang
*Printed name and title*

________
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

16-cv-61079-DPG

JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC,

Defendants.

SERVED
DATE 5/26/16
TIME 8:37 AM
BY CER# 47
Paul

**SUMMONS IN A CIVIL ACTION**

To:
SALDIVENA OF BROWARD CORPORATION
c/o Registered Agent, Federico Yanez
5236 SW 82 Ave
Davie, FL 33328

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

229

5/20/2016

SUMMONS

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-61079

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Salvivena of Bloom Corp
was received by me on *(date)* 5/26/16 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Paul , who is designated by law to accept service of process on behalf of *(name of organization)* Salvivena of Bloom Corp on *(date)* 5/26/16 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 5/26/16

[signature]
*Server's signature*

Perry Parang
*Printed name and title*

[illegible]
*Server's address*

Additional information regarding attempted service, etc: