# UNITED STATES DISTRICT COURT

for the
Southern District of Florida

16-cv-61079-DPG

JOSE RAMIRO REYES CAMPOS, and all others similarly situated under 29 U.S.C. 216(b),

Plaintiffs,

vs.

SALDIVENA OF BROWARD CORPORATION, FEDERICO YANEZ, and VILLEDA CONCRETE FINISH, INC,

Defendants.

SERVED
DATE 5/27/16
TIME 11AM
BY [illegible] CLR# 1401

## SUMMONS IN A CIVIL ACTION

To:
VILLEDA CONCRETE FINISH, INC
c/o Registered Agent, Misael Villeda
11548 NW 44th Street
Coral Springs, FL 33065

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J.H. Zidell, Esq.
J.H. Zidell P.A.
300 71ST Street, Suite 605
Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA
Steven M. Larimore

SUMMONS

s/ Landys Rodriguez
Deputy Clerk
U.S. District Courts

5/20/2016

23/

5-27-
11m

Silbina Gonzalez

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 16-61079

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Villegas Concrete Finishing, Inc
was received by me on *(date)* 5/20/16 .

☐ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* M. Villegas Ra , who is designated by law to accept service of process on behalf of *(name of organization)* Villegas Concrete Finishing, Inc on *(date)* 5/22/16 ; or

☐ I returned the summons unexecuted because ____________ ; or

☐ Other *(specify)*:

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 5/22/16

[signature]
*Server's signature*

Alex Garcia
*Printed name and title*

[handwritten address]
*Server's address*

Additional information regarding attempted service, etc: